## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF TEXAS

## EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| | * | BANKRUPTCY No. 25-30620 |
| **JASON S. BROWN** | * | |
| | * | |
| Debtor | * | |
| | * | |
| | * | |
| -vs- | * | |
| | * | |
| **UNITED STATES DEPARTMENT** | * | Adversary No. 25-03011 |
| **OF EDUCATION** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

## PLAINTIFF'S STATEMENT REGARDING CONSENT

TO THE HONORABLE BANKRUPTCY JUDGE, CHRISTOPHER G. BRADLEY;

COMES NOW, the Plaintiff, Jason S. Brown, through his attorney, EDGAR J. BORREGO, and files this Statement Regarding Consent, and in support thereof would show the Court as follows:

1. Defendant consents to entry of final orders and a final judgment by the Court in this adversary proceeding.

RESPECTFULLY SUBMITTED this  21  day of July, 2025.

Respectfully Submitted,
TANZY & BORREGO LAW OFFICES
2610 Montana Avenue
El Paso, TX 79903-3712
Tel: (915) 566-4300
Fax: (915) 566-1122
efile@tanzyborrego.com

By:_____
Edgar J. Borrego
State Bar No. 00787107
Miguel Flores
State Bar No. 24036574

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed/delivered via electronic means as listed on the court's ECF noticing system or by regular first-class mail to Assistant United States Attorney, Steven Bass, located at 903 San Jacinto Blvd., Suite 334, Austin, Texas 78701 and Debtor Jason S. Brown at 10616 Hidden Palm Place, El Paso, Texas 79924 on this the 21 day of July, 2025.

_____
Edgar J. Borrego/Miguel A. Flores