IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:

JASON S. BROWN

    Debtor

JASON S. BROWN                          CASE NO. 25-30620-cgb
                                                     Chapter 7

    Plaintiff                                ADVERSARY NO. 25-03011

VS.

U.S. DEPARTMENT OF EDUCATION

    Defendant

## JOINT MOTION FOR JUDGMENT WITH STIPULATED FACTS

Comes Now Jason S. Brown, Debtor and Plaintiff through his attorney Edgar J. Borrego, and the U.S. Department of Education, Defendant through its attorney, Steven Bass, and files this Joint Motion For Judgment With Stipulated Facts. In support of this Motion, the parties will show:

I.

Jason S. Brown filed a Chapter 7 petition under Title XI on May 19, 2025.

II.

At the time of filing, Debtor was indebted to the U.S. Department of Education for student loans in the approximate amount of $119,873.20.

III.

Debtor filed this Adversary Proceeding to determine the dischargeability of his student loan debt to the Defendant.

## IV.

Debtor submitted to the Defendant an Attestation In Support Of Request For Stipulation Conceding Dischargeability of Student Loans to show that excepting the student loan from discharge would cause an "undue hardship" to himself within the meaning of 11 U.S.C. 523(a)(8).

## V.

Defendant agrees that the student loan debt should be discharged because repaying the debt would cause Plaintiff an undue hardship.

## VI.

The parties stipulate to the following facts that support the agreement that the student loan should be discharged:

1. Debtor filed for bankruptcy under chapter 7 of U.S. Bankruptcy Code on May 19, 2025.
2. At the time of filing, Debtor was indebted in the approximate amount of $119,873.20 to the Defendant on a student loan to fund his education.
3. Debtor attended Park University where he received a Bachelors degree in 2011 with a specialization in Business Management..
4. Debtor is not currently employed..
5. Debtor has a disability and is not employed and will not be employable due to his disability. Specifically, he has been diagnosed with Major Depressive Disorder/Bipolar II Disorder. These disabilities make it difficult to secure and maintain meaningful employment due to the mental and physical nature of these debilitating conditions. In addition, he suffers from sleep apnea, gastroesophageal reflux disease, Type 2 Diabetes and migraine headaches.
6. Debtor's only source of income is $2,434.02 from VA Disability. See attached affidavit and VA Benefits letter
7. It is unlikely that Debtor will be able to make payments on the student loan for a significant part of the repayment period due to his disability.
8. Since receiving the student loan, Debtor has enrolled in Income Driven Repayment Programs. Said enrollment show his best effort to make payments on the loan.
9. Debtor will not be able to maintain a minimal standard of living if forced to continue paying the student loan. Nearly all of Debtor's disposable income goes towards essential living expenses.
10. Debtor's disability is likely permanent and he will most likely be unemployable in the future.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and Defendant in the Adversary Proceeding hereby respectfully request this Court to enter an Agreed Judgment declaring the loan owed to Defendant as being discharged in the Debtor's underlying bankruptcy case and for other and further relief as is just.

Respectfully Submitted,

_____
Edgar J. Borrego
Attorney for Plaintiff
SBOT: 00787107
Tanzy & Borrego Law Offices
2610 Montana
El Paso, Texas 79903
Tel: (915) 566-4300
Fax: (915) 566-1122
eborrego@tanzyborrego.com

_/s/ Steven B. Bass_
Steven B. Bass
Assistant U.S. Attorney
Attorney for Defendant
903 San Jacinto Blvd., Ste. 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Florida State Bar: 767300

}State of Texas
}County of El Paso

I, Jason S. Brown, hereby state the following under penalty of perjury:

"I have been approved for VA disability benefits in the amount of $2,434.02.   This is my only source of income at this time."


Jason S. Brown

Dated this 20th day of Nov., 2025


Notary Public

CRISTINA B RODRIGUEZ
Notary ID #124185862
My Commission Expires
April 20, 2026



**DEPARTMENT OF VETERANS AFFAIRS**

November 20, 2025

Jason Scott Brown
10616 Hidden Palm Pl
El Paso, TX 79924

Dear Jason Brown:

This letter certifies that Jason Scott Brown is receiving service-connected disability compensation from the Department of Veterans Affairs.

The current benefit paid is as follows:

| | |
|---|---|
| **Gross Benefit Amount** | $2,434.02 |
| **Net Amount Paid** | $2,434.02 |
| **Effective Date** | May 1, 2025 |
| **Combined Evaluation** | 90 percent |

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.va.gov.
- Call us at 1-800-827-1000.
- Contact us using Telecommunications Relay Services (TTY) at 711 24/7.
- Send electronic inquiries through the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**

f6551aa4-f33a-44e0-ab50-d207a4b71e87