**The relief described hereinbelow is SO ORDERED.**



**Signed December 04, 2025.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:

JASON S. BROWN

  Debtor

| | |
|---|---|
| JASON S. BROWN | CASE NO. 25-30620-cgb |
| | Chapter 7 |
| Plaintiff | ADVERSARY NO. 25-03011 |
| VS. | |
| U.S. DEPARTMENT OF EDUCATION | |
| Defendant | |

**ORDER GRANTING JOINT MOTION FOR JUDGMENT WITH STIPULATED FACTS**

On this day came on to be considered the Joint Motion For Judgment With Stipulated Facts filed by the Debtor/Plaintiff and Defendant in the above numbered and entitled cause.

The Court, after considering the Motion, finds that it should be granted and therefore;

IT IS ADJUDGED AND DECREED that not discharging Plaintiff's loans owed to the Defendant would constitute an undue hardship under 11 U.S.C. 523(a)(8) and are therefore discharged in the Plaintiff's underlying bankruptcy case.

###

Agreed To By:

_____
Edgar Borrego
Attorney for Plaintiff


/s/ Steven Bass
_____
Steven Bass
Attorney for Defendant